**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**SERGIO REYES, individually and d/b/a**
**SERGIO REYES TRUCKING, f/u/b**
**GREAT WEST CASUALTY COMPANY, a**
Nebraska Corporation,

    Plaintiffs,

v.                                                                  No: 3-04-CV-200GH

**CHOCTAW INCORPORATED, and**
**LEON HARDAWAY,**

    Defendants.

**ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**AS TO LEON HARDAWAY ONLY**

Pursuant to the Stipulation of the relevant parties, it is hereby ordered, adjudged and decreed that Leon Hardaway, individually, is hereby dismissed, without prejudice, from the above captioned matter.

ENTERED THIS 1st DAY OF JUNE, 2006.

_____
JUDGE

DATE: June 1, 2006