IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SERGIO REYES

VS               NO. 3:04CV00200 GH

GREAT WEST CASUALTY COMPANY ET AL

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice.  If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 30 days of this order.

DATED: AUGUST 31, 2006

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY: /s/ Patricia L. Murray
     COURTROOM DEPUTY CLERK